# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINA BELL, | Case No.: 2:14-cv-00875-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT &** |
| | **RECOMMENDATION OF MAGISTRATE** |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | **JUDGE FERENBACH** |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 39) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 3, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by November 20, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation to dismiss this case without prejudice to the filing of a new complaint for confirmation of an arbitrator's decision. Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED**.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 39) is **ACCEPTED and ADOPTED in full.** This case is dismissed without prejudice to the filing of a new complaint for confirmation of an arbitrator's decision.

**IT IS FURTHER ORDERED** that the Motion to Strike (ECF No. 35) is denied as moot.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this __23__ day of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court